**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CARL CREWS**, | * |
|     Plaintiff | * |
| | * |
| v. | *  Case No.: RWT 09cv561 |
| | * |
| **SUNTRUST BANK**, | * |
|     Defendant. | * |
| | *** |

## ORDER

Upon consideration of Defendant SunTrust Bank's Motion for Summary Judgment (Paper No. 13), and the opposition and reply thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 13th day of May, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion for Summary Judgment (Paper No. 13) is **GRANTED**; and it is further

**ORDERED**, that a Judgment for costs be entered in favor of Defendant SunTrust Bank against Plaintiff Carl Crews; and it is further

**ORDERED**, that the Clerk of Court is directed to **CLOSE** the case.

 

                                                                                  /s/
                                                   ROGER W. TITUS
                                   UNITED STATES DISTRICT JUDGE